IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRYL BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv835-CSC |
| | ) (WO) |
| AUBURN UNIVERSITY AT MONTGOMERY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

In accordance with the memorandum opinion entered contemporaneously with this judgment, it is

ORDERED and ADJUDGED that judgment for the defendant be and is hereby entered and that this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that the costs of this proceeding be and are hereby taxed against the plaintiff for which execution may issue.

Done this 17th day of April, 2007.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE